BEFORE: VIKTOR V. POHORELSKY　　　　　　　DATE:　　2/2/09  
　　　　　　U.S. MAGISTRATE JUDGE　　　　　　START TIME:　5:30 p.m.  
　　　　　　　　　　　　　　　　　　　　　　　　END TIME:　　6:15 p.m.

DOCKET NO.　CV-08-2214　　　　　　　　　　　　　JUDGE:　CPS

CASE NAME:　Kuklachev, et al. v. Gelman, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:　Status

APPEARANCES:　　Plaintiffs　　Gary Tsirelman, Julia Paskalova

　　　　　　　　　Defendants　Clifford Tsan, James Woods (Gelfman parties); Jessica Rose (Ticketmaster); Michael Kandler (Onlineseats.com); Theo Robins, John Son (Palace of Fine Arts/Napa Valley); David Sunshine (Tillinger's)

SCHEDULING AND RULINGS:

1. The next conference will be held on **February 25, 2009**. Counsel shall report to Courtroom 13A and advise chambers by telephone immediately after their appearance before Judge Sifton on that date. Only counsel who are appearing before Judge Sifton are required to attend.

2. The plaintiffs and those defendants who have answered (except for defendants who have motions that will be heard by Judge Sifton on February 25), are to serve their initial disclosures within ten days.

3. The plaintiffs may serve discovery requests on the answering defendants. Any defendant upon whom requests are served may make a motion for a protective order or stay of discovery by letter via ECF.