BEFORE:   VIKTOR V. POHORELSKY              DATE:        3/20/09
          U.S. MAGISTRATE JUDGE             START TIME:  4:45 p.m.
                                            END TIME:    5:35 p.m.

DOCKET NO.   CV-08-2214                     JUDGE:       CPS

CASE NAME:   Kuklachev, et al. v. Gelman, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status

APPEARANCES:   Plaintiffs    Julia Paskalova

               Defendants    Clifford Tsan, James Woods (Gelfman parties); Jessica Rose (Ticketmaster); David A. Lore (Onlineseats.com); Wayne Chang (Tribeca Performing Arts) David Sunshine (Tillinger's)

SCHEDULING AND RULINGS:

1. The next conference will be held on **May 27, 2009 at 12:00 noon**. The conference may be adjourned upon all parties' consent if mediation is ongoing.

2. All parties who have not yet served automatic disclosures shall do so within 10 days.

3. All parties may serve discovery requests on each other, and written responses shall be served in the ordinary course, but document production need not be made given the mediation that is being scheduled, and motions to address disputed requests and responses should not be made. The scheduling of any such motions will be addressed at the next conference.

4. By separate order this matter is referred to mediation.