UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **SIFTON, J.**   DATE: APR 8 2009   TIME: NOON ~~4:30 p.m.~~

DOCKET #: **CV-08-2214**

TITLE: **Yuri Kuklachev and Dmitri Kuklachev**

vs.

**Gelfman International Enterprises, Inc., et al.**

DEPUTY CLERK: **Stanley Kessler**

COURT REPORTER/ESR: _Allan Sherman_

APPEARANCES:

For Plaintiff: **Julia Paskalova, Esq.**; **Gary Tsirelman, Esq.** ✓ & _Clifford T. Chen_ ✓

For the Gelfman Def'ts and Deft's Dmitry Krassotkine, Yuri Pototski & Michale Zlotnikov: **James F. Woods, Esq.**; **George McGuire, Esq.** ✓ _Clifford G. Tsang_ ✓

For Def't The Ebell Operating Company (sued as LA's Wilshire Ebell's Theater): **Thomas A. Catalano, Esq.**

For Def't Wilkins Theater at Kean University: **Robert G. Shepard, Esq.**
**Kristine Butler, Esq.**

For Def't Ticketmaster LLC: ~~Robert L. Raskopf,~~ Esq., **Jessica Rose, Esq.**, ✓ ~~Michael Bogner, Esq.~~

For Def't Tribeca Performing Arts Center: **Peter A. Cross, Esq.** ✓

For Def't Tillinger's Concierge, Inc. (sued as John Hancock Hall): **David B. Sunshine, Esq.** ✓

For Def't Napa Valley Opera House and Palace of the Fine Arts League: **John son, Esq.**

For Def't Gwinnett Center: **Paul A. Batista, Esq.**

_For Online Seats: Michael Kandler._ ✓

CIVIL CAUSE FOR MOTION

✓ Case called.

___ Counsel for all parties present.

___ Only counsel for _____ present.

___ Counsel for all parties except _____ present.

✓ _Pre-motion conference held._

___ _____

___ _____

___ _____

___ _____

___ _____

___ Decision reserved.

**TIME:** _0/15_