BEFORE: VIKTOR V. POHORELSKY                        DATE:        6/18/09
            U.S. MAGISTRATE JUDGE            START TIME:  12:00 noon
                                                                                        END TIME:    12:40 p.m.

DOCKET NO.    CV-08-2214                                              JUDGE:    CPS

CASE NAME:    Kuklachev, et al. v. Gelman, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Status

APPEARANCES:    Plaintiffs    Gary Tsirelman, Julia Paskalova

                               Defendants   James Woods, Howard Wexler (Gelfman parties); Jessica Rose (Ticketmaster); Michael Kandler (Onlineseats.com); No appearance (Tribeca Performing Arts) (unexcused); David Sunshine (Tillinger's)

SCHEDULING AND RULINGS:

1. The next conference will be held on **July 30, 2009 at 11:00 a.m**.

2. As mediation is ongoing, and therefore any deadlines in stipulations and orders entered by the court that are triggered by the conclusion of mediation remain open, and motions to address disputed discovery requests and responses should not be made. The scheduling of any such motions will be addressed at the next conference.