BEFORE: VIKTOR V. POHORELSKY  DATE: 7/30/09
U.S. MAGISTRATE JUDGE  START TIME: 11:35 a.m.
  END TIME: 12:00 noon

DOCKET NO.   CV-08-2214  JUDGE:   CPS

CASE NAME:   Kuklachev, et al. v. Gelman, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status

APPEARANCES:   Plaintiffs   Gary Tsirelman

Defendants   James Woods, Amy Culver (Gelfman parties); No appearance (Ticketmaster) (unexcused); No appearance (Onlineseats.com)(unexcused); Wendy Michael  (Tribeca Performing Arts);  David Sunshine (Tillinger's)

SCHEDULING AND RULINGS:

1. The next conference will be held on **October 30, 2009 at 10:00 a.m**. The parties should be prepared to identify, with reasonable specificity, the witnesses they will wish to depose.

2. Mediation as between the plaintiffs and the defendants has concluded with the dismissal of a number of the defendants, but some of the dismissed defendants will remain in the case both as cross-claim plaintiffs and as cross-claim defendants.

3. All parties who owe responses to pleadings asserting claims, cross-claims or counterclaims shall do so within 20 days.  (This includes any motions to dismiss any such claims, cross-claims or counterclaims; any such motions must be made in full compliance with Judge Sifton's rules.

4. Discovery shall proceed as follows:

   a) Initial disclosures shall be completed by all parties by August 31, 2009;
   b) Document requests and interrogatories shall be served by all parties no later than September 21, 2009;
   c) Written responses to the above document requests and interrogatories shall be served no later than October 23, 2009;
   d) The parties shall be prepared to address whether motion practice will be necessary to resolve disputes about the above discovery requests, and if so, a schedule for any such motion practice.