BEFORE:    VIKTOR V. POHORELSKY                             DATE:    10/30/09
               U.S. MAGISTRATE JUDGE                      START TIME:    10:00 a.m.
                                                                                         END TIME:    11:00 a.m.

DOCKET NO.    CV-08-2214                                                         JUDGE:    CPS

CASE NAME:    Kuklachev, et al. v. Gelman, et al.

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:    Status

APPEARANCES:    Plaintiffs    Gary Tsirelman

                         Defendants    James Woods (Gelfman parties); Jessica Rose (Ticketmaster); Dovid Lore (Onlineseats.com); Peter Cross (Tribeca Performing Arts); No Appearance (Keane Univ.)

SCHEDULING AND RULINGS:

1. The next conference will be held on **December 4, 2009 at 10:00 a.m**.

2. It appears that counsel for the Gelfmans will be seeking leave to withdraw. Any such motion shall be made on notice to the Gelfmans by November 25, 2009. Counsel shall apprise the Gelfmans in writing in the motion papers that a hearing on the motion will be held on **December 4, 2009 at 10:00 a.m.**, that the Gelfmans are required to attend in person, and that they are subject to the entry of a default if they do not appear.

3. The Gelmans are directed to serve written responses to all outstanding discovery requests (except those made recently by Online) no later than November 13, 2009.

4. Any disputes concerning the adequacy of discovery responses shall be addressed to the court by letter motion (after the parties have sought to resolved the disputes in accordance with Local Civil Rule 37.3(a)) in accordance with the following schedule:

    a)    Letter motions to be filed by November 23, 2009;
    b)    Responses to such motions to be filed by December 1, 2009;
    c)    No replies;
    d)    Argument, if necessary, will be heard at the above conference.

5. It appears as though the Gelfmans will seek to withdraw their stipulation to dismiss their counterclaims against the plaintiffs, but will proceed to dismiss as far as possible their cross-claims against the other defendants, thus reducing the number of parties. Although not final, a resolution of all claims involving Online, Tribeca, and Keane U. appears likely.